**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

Cristian Uriel Chavez Cruz,

     Petitioner,

     v.                           Case No. 2:26-cv-02774-BCL-atc

Christopher Bullock, Field Officer Director of
Enforcement and Removal Operations, New Orleans
Field Office, Immigration and Customs Enforcement;
Markwayne Mullin, Secretary U.S. Department of
Homeland Security; Trinity Minter, Warden of West
Tennessee Detention Facility.

     Respondents.

---

**ORDER FOR SUPPLEMENTAL BRIEFING**

---

Petitioner is a noncitizen currently detained in Mason, Tennessee. Doc. 1 at 2. On June 30, 2026, he filed for a writ of habeas corpus seeking immediate release or a bond hearing. *Id.* at 13. The Court ordered Respondent to state its position. Doc. 5. Respondent provided its response, which noted in relevant part, Petitioner "has yet to take the simple expedient of filing a bond motion with the immigration court." Doc. 9 at 2–3. In reply, Petitioner stated that counsel for his immigration case "submitted a pre-NTA motion for a bond hearing on July 3 . . . which was not accepted by the immigration court," and "[i]n an abundance of caution . . . also filed a pre-NTA bond motion in the immigration court in Memphis." Doc. 13 at 7–8.

Petitioner is **ORDERED** to submit within **three (3)** days of this order proof that (1) he requested a bond redetermination in the immigration court in compliance with the immigration court's rules and (2) the immigration court denied him a bond hearing. Within **three (3)** days of

Petitioner's filing, Respondent may supplement its response to the Petition. Within **three (3)** days of service of the Respondent's supplemental brief, Petitioner may also amend his reply.

      **IT IS SO ORDERED**, this 17th day of July, 2026.

                           s/ *Brian C. Lea*
                           BRIAN C. LEA
                           UNITED STATES DISTRICT JUDGE